# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY RAYMOND BLOW,<br><br>    Petitioner,<br><br>  v.<br><br>DENNIS SMITH, Warden,<br><br>    Respondent.<br>_____/ | 1:08-cv-00383 AWI SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>[Doc. 4] |

   Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

   On March 25, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and no party has filed objections.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation issued March 25, 2008, is ADOPTED IN FULL;

1    2.  The Petition for Writ of Habeas Corpus is DISMISSED;

2    3.  The Clerk is directed to send Petitioner the standard form for claims pursuant to

3        *Bivens*, 403 U.S. 388 (1971) and 42 U.S.C. § 1983; and,

4    4.  The Clerk of the Court is DIRECTED to enter judgment.

     This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                              **/s/ Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE